UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO.: 2:24-cv-14303-AMC

HOWARD COHAN,

     Plaintiff,

vs.

JAG PETRO STATIONS, LLC,
a Florida Limited Liability Company, and
MACMILLAN REAL ESTATE, LLC,
a Florida Limited Liability Company,

     Defendant(s).

_____/

## JOINT NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendants, JAG PETRO STATIONS, LLC, a Florida Limited Liability Company, and MACMILLAN REAL ESTATE, LLC, a Florida Limited Liability Company, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

     RESPECTFULLY SUBMITTED October 7, 2024.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Alejandro F. Hoyos** |
| Gregory S. Sconzo, Esq. | Alejandro F. Hoyos, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No.: 181072 |
| Sconzo Law Office, P.A. | AG \| LAW |
| 3825 PGA Boulevard, Suite 207 | 3162 Commodore Plaza |
| Palm Beach Gardens, FL 33410 | Suite 3E |
| Telephone: (561) 729-0940 | Coconut Grove, Florida 33133 |
| Facsimile: (561) 491-9459 | T: 305.223.9999 |
| Email: greg@sconzolawoffice.com | F: 305.223.1880 |
| Email: perri@sconzolawoffice.com | E: ahoyos@aglawpa.com |
| Attorney for Plaintiff | Attorney for Defendant |

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 7, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

 /s/ Gregory S. Sconzo
**Gregory S. Sconzo, Esq.**

2