**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**CASE NO. 24-14303-CIV-CANNON**

**HOWARD COHAN,**

    Plaintiff,

v.

**JAG PETRO STATIONS, LLC,**
and **MACMILLIAN REAL ESTATE, LLC,**

    Defendants.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

    **THIS CAUSE** comes before the Court upon the Joint Notice of Settlement, filed on October 7, 2024, in which the parties advise that they have settled this matter [ECF No. 10]. The Court has carefully reviewed the file and is fully advised. Upon review, it is hereby

    **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation of Dismissal on or before **November 7, 2024**.

2. If the parties fail to complete the expected settlement, any party may move the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

CASE NO. 24-14303-CIV-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 8th day of October 2024.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2